FLORIDA FINANCE COMPANY AND JONATHAN C. GREELEY, APPELLANTS, VS. ADELE F. HASTINGS, APPELLEE.

Appellate Practice—Entry of Appeal Should Specify a Return Day.

An entry of appeal that specifies no term of the court or return day to which the appeal is taken is fatally defective, and the *record* of such an entry of appeal does not notify the appellee of any definite time at which he is to appear therein before the appellate court, and can not, therefore, be effectual as notice of such appeal. The appeal in such a case will be dismissed

Appeal from the Circuit Court for Marion county.

Motion to dismiss appeal.

The facts in the case are stated in the opinion of the court.

*W. B. Owen and J. B. Whitfield,* for Appellants.

*R. L. Anderson, H. L. Anderson and Geo. P. Raney,* for Appellee.

PER CURIAM:

This cause coming on to be heard upon motion of the appellee, appearing specially to dismiss the appeal, and it appearing to the court that the entry of appeal is fatally defective, in that it specifies no return day to which the appeal is taken, and, therefore, that the constructive notice furnished by the record of said entry of appeal does not notify the appellee of any definite time at which she is to appear therein before the appellate court, the said appeal is hereby dismissed at the cost of the appellants. State *ex rel.* Andreu v. Canfield, 40 Fla. 36, 23 South. Rep. 591; Garrison v. Parsons, 41 Fla. —, 25 South. Rep. 336.